UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **BRIAN KEITH SCOTT**<br>    **LA. DOC #328025**<br>**VS.**<br><br>**JUDGE DONALD E. WALTER,**<br>**ET AL.** | **CIVIL ACTION NO. 5:11-cv-0716**<br><br>**SECTION P**<br><br>**JUDGE S. MAURICE HICKS**<br><br>**MAGISTRATE JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** in accordance with the provisions of 28 U.S.C. §1915 and §1915A because plaintiff seeks money damages from defendants who are immune from suit; and,

**IT IS FURTHER ORDERED THAT** all outstanding Motions be **DENIED.**

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 1st day of March, 2012.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE